**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 23-7309**

———————————

ABIR ALI,

               Plaintiff - Appellant,

     v.

ESKER LEE TATUM, Warden; JOHN DOE; JOHN DOE,

               Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:23-cv-00616-DJN-MRC)

———————————

Submitted:  April 18, 2024                        Decided:  April 22, 2024

———————————

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Abir Ali, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abir Ali appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 complaint for failing to comply with a court directive to complete a consent to collection of fees form.* On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Ali's informal brief does not challenge the procedural basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* The dismissal order is final and appealable because the district court did not grant leave to amend. *Britt v. DeJoy*, 45 F.4th 790, 791 (4th Cir. 2022) (en banc) (order).

2